**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JOSE A. FLORES, JR., ET AL. | CIVIL ACTION NO. 16-0856 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DONNA F. PAYNE, ET AL. | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Ardoin's Motion to Dismiss (Doc. 16) is **GRANTED** and all claims against Ardoin are **dismissed with prejudice**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 27th day of September, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE